```
 1 │ KATHRYN C. CURRY (SBN 157099)
   │ ROBERT M. FORNI, JR. (SBN 180841)
 2 │ ROPERS, MAJESKI, KOHN & BENTLEY
   │ 1001 Marshall Street, Third Floor
 3 │ Redwood City, CA 94063
   │ Telephone:  (650) 364-8200
 4 │ Facsimile:  (650) 780-1701
 5 │ Attorneys for Defendant,
   │ LIBERTY LIFE ASSURANCE COMPANY OF BOSTON
```

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LYDIA STOUGH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON; PENNIE & EDMONDS LLP PLAN,<br><br>　　　　Defendants. | CASE NO. C 06-01227 JW PVT<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff, LYDIA STOUGH, and Defendant, LIBERTY LIFE ASSURANCE COMPANY OF BOSTON ("LIBERTY LIFE"), through their respective counsel, that the above-captioned action, and all claims alleged therein against LIBERTY LIFE and PENNIE & EDMONDS LLP PLAN shall be and hereby are dismissed with prejudice; and that each party shall bear its own fees and costs incurred in this action.

**IT IS SO STIPULATED.**

\ \ \

\ \ \

\ \ \

\ \ \

1  Dated: October __, 2006          SHERNOFF BIDART & DARRAS, LLP

                                    By: _____
                                        FRANK N. DARRAS
                                        MICHAEL B. HORROW
                                        Attorneys for Plaintiff, LYDIA STOUGH

6  Dated: October 30, 2006          ROPERS, MAJESKI, KOHN & BENTLEY

                                    By: _____
                                        KATHRYN C. CURRY
                                        ROBERT M. FORNI, JR.
                                        Attorneys for Defendant, LIBERTY LIFE
                                        ASSURANCE COMPANY OF BOSTON

**ORDER**

**IT IS SO ORDERED**

Dated: 11/07/06                     _____
                                    HON. JAMES WARE
                                    UNITED STATES DISTRICT JUDGE